IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALBERT F. BRUNDIDGE,

Plaintiff,

v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

6:12-CV-00979-BR

JUDGMENT

Based on the Court's Opinion and Order (#17) issued June 7, 2013, the

Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

Dated this 7th day of June, 2013.

*[signature]*
ANNA J. BROWN
United States District Judge

JUDGMENT