# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

ALBERT F. BRUNDIDGE,                                6:12-CV-00979-BR

                                                    **JUDGMENT**

         **Plaintiff,**

    v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

         **Defendant.**


    Based on the Court's Opinion and Order (#17) issued June 7, 2013, the

Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    Dated this 7th day of June, 2013.

                                      *Anna J. Brown*
                                   ANNA J. BROWN
                                   United States District Judge


JUDGMENT